IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**TIMOTHY FUGATE**                                                                                        **PLAINTIFF**

v.                                   Case No. 2:13-cv-00066-KGB

**ULESS WALLACE, Individually**
**and in his Official Capacity,**
**HELENA-WEST HELENA, ARKANSAS**                                          **DEFENDANTS**

## ORDER

Before the Court is the joint stipulation of dismissal (Dkt. No. 28). The parties represent that this matter has been amicably settled and resolved pursuant to a settlement agreement and release. Each party is responsible for his or its own expenses and costs. Therefore, this case is hereby dismissed with prejudice and removed from the trial docket for July 18, 2016.

So ordered this 7th day of July, 2016.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge